IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

BOBBY DARREL COGGIN, JR.,          )
                                    )
v.                                  )    1:11-00019
                                    )
MICHAEL J. ASTRUE, Commissioner of Social  )
    Security.                       )

## **O R D E R**

Before the Court is the Report and Recommendation of Magistrate Judge Knowles, Document #19, and the objection of Plaintiff thereto, Document #20. No response to the objection has been filed.

This case is reversed and remanded to the Administrative Law Judge to take further proof if necessary on the issue of whether there is a causal connection between Defendant's depression and alcoholism and/or substance abuse and whether his depression would continue if he stopped using alcohol and drugs.

It is so **ORDERED**.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge