IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

BOBBY DARTRELL COGGIN, JR.,    )
                                  )
    Plaintiff,                )
                                  )
v.                                )        1:11-cv-00019
                                  )
MICHAEL J. ASTRUE, Commissioner of    )
Social Security,             )
                                  )
    Defendant.             )

## O R D E R

Before the Court is the Plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), Document #22, Plaintiff's Memorandum, Document #23, and Defendant's no objection Response, Document #24. The parties agree that an amount of $4,225.50 in attorney fees is appropriate.

Accordingly, Plaintiff's Motion for An Award of Attorney Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), Document #22, is **GRANTED**. Plaintiff is awarded $4,225.50 (four thousand two hundred twenty-five and 50/100) in attorney fees to be charged against the Defendant in this action and paid to Plaintiff, Bobby Darrell Coggin, Jr., minus any debt to the government that is subject to offset under the Treasury Offset Program (31 U.S.C. § 3716). Any fee remaining after offset will be payable to Plaintiff and sent to Plaintiff's counsel at his office address.

**IT IS SO ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge